Decided September 12, 2007

## STATE OF CONNECTICUT *v.* EMMANUEL A. BLANGO

The defendant's petition for certification for appeal from the Appellate Court, 102 Conn. App. 532 (AC 27434), is denied.

*Annacarina Del Mastro*, senior assistant public defender, in support of the petition.

*Ronald G. Weller*, senior assistant state's attorney, in opposition.

Decided September 12, 2007

The defendant's petition for certification for appeal from the Appellate Court, 102 Conn. App. 551 (AC 27466), is denied.

Decided September 12, 2007